## United States District Court Violation Notice

**CVB Location Code:** WW13

**Violation Number:** 3805837
**Officer Name (Print):** SPC Keasley
**Officer No.:** K 9786

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense:** 06292014 1521
**Offense Charged:** RCW 46.52.010 (State Code)
**Place of Offense:** Bldg 9176 SF compound
**Offense Description / Factual Basis for Charge:** (RCW 46.52.010) Duty on Striking unattended car

### DEFENDANT INFORMATION

**Last Name:** Stockton
**First Name:** Jessica
**M.I.:** R

**Tag No.:** AIT-2687
**State:** WA
**Year:** 05
**Make/Model:** Honda A
**Color:** gray

- [ ] A: IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
- [X] B: IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

**Forfeiture Amount:** $250
**+ $25 Processing Fee**
**PAY THIS AMOUNT → Total Collateral Due:** $275

**YOUR COURT DATE:** (If no court appearance date is shown, you will be notified of your appearance date by mail.)

X Defendant Signature: [signed]

(Rev. 01/2011) Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **29 June**, 20**14** while exercising my duties as a law enforcement officer in the **Western** District of **Washington**

ON 29 JUN 14 AT 1630 HRS, THIS STATION WAS NOTIFIED BY TELEPHONE OF A HIT AND RUN AT THE ABOVE LOCATION. INVESTIGATION REVEALED THAT BETWEEN THE ABOVE DATE(S) AND TIME(S), VEHICLE 1 STRUCK VEHICLE 2, WHICH WAS LEGALLY PARKED, SECURED AND UNATTENDED, CAUSING THE ABOVE DAMAGE. VEHICLE 1 THEN FLED THE SCENE. THE REGISTERED OWNER OF VEHICLE 1 WAS LATER FOUND AT PAPA JOHN'S. INVESTIGATION REVEALED THAT JESSICA STOCKTON WAS DELIVERING A PIZZA AND A DRINK TO BLDG 9176. WHEN SHE LEFT SHE BACKED IN TO A SILVER VOLVO. SHE MADE NO ATTEMPT TO LEAVE ANY INFORMATION AND FLED THE SCENE. ADMITTING TO THESE ACTIONS STOCKTON WAS CITED ON DCVN 3805836 FOR UNSAFE BACKING RCW (46.61.605). STOCKTON WAS ALSO CITED ON DCVN 3805837 FOR DUTY ON STRIKING AN UNATTENDED CAR, RCW (46.52.010) STOCKTON'S WASHINGTON DRIVER'S LICENSE, REGISTRATION AND INSURANCE WERE CLEAR AND VALID. AFTER SIGNING HER CITATION SHE WAS RELEASED AND RELEASED IN GOOD HEALTH.

The foregoing statement is based upon:
- [ ] my personal observation
- [ ] my personal investigation
- [ ] information supplied to me from my fellow officer's observation
- [ ] other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

**Executed on:** 06292014
Officer's Signature: [signed]

Probable cause has been stated for the issuance of a warrant.

**Executed on:** _____ Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident